# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **United States of America,** *Plaintiff* § § § | |
| **v.** § § | Case No. 1:25-cr-00377-ADA-SH |
| **Brandon Diego Bermea,** *Defendant* § § | |

## Order on Motion to Withdraw and Appoint New Counsel

Now before the Court is Defendant Brandon Diego Bermea's Motion to Withdraw as Counsel and for Appointment of New Counsel, filed November 13, 2025. Dkt. 27.[1]

On November 19, 2025, the Court held a hearing on the Motion at which Defendant was present.

The Court finds that there is good cause to appoint new counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Withdraw as Counsel and for Appointment of New Counsel is **GRANTED**. Assistant Federal Public Defender Jose I. Gonzalez-Falla is hereby **WITHDRAWN** and, consistent with the Court's Orders Regarding Financial Status and Appointing Public Defender, **Richard Gentry #24055543** is hereby **APPOINTED** as Defendant's counsel of record.

**SIGNED** on November 19, 2025.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges.